In the Matter of the Application of The 134 William Street Co., Inc., Appellant, for a Certiorari Order against Thomas M. Lynch, as an Individual, and as Former President of State Tax Commission, and Others, Respondents.— Order

unanimously affirmed, with ten dollars costs and disbursements. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.